UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-05180
DIANNE SEEMAN )
) Chapter: 13
) Honorable LaShonda Hunt
) 
) Joliet
Debtor(s) )

# ORDER GRANTING MOTION TO AUTHORIZE SALE UNDER 11 USC § 363 and TO SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor, Dianne Seeman, is permitted to short sell the home located at 117 S. William St., Joliet, IL 60436 (Permanent Index Number: 30-07-17-213-021-0000) for $100,000.00.

2) The closing of Debtor's home shall take place no later than thirty (30) days from the date of the entry of this order.

3) The Debtor shall send the trustee a copy of the closing statement and the proceeds, if there are any remaining after the fees and commissions, to Trustee Glenn Stearns within seven days of closing.

4) Debtor's request to shorten notice is GRANTED.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 03, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com